UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANK OF AMERICA, N.A.,

    Plaintiff,

v.                              CASE NO: 8:10-cv-520-T-23AEP

A&S PROPERTIES OF FLORIDA,
LLC, et al.,

    Defendants.
_____/

**ORDER**

The plaintiff sues (1) A&S Properties of Florida, LLC, ("A&S") for breach of loan agreement establishing a $100,000.00 revolving line of credit and (2) Chris T. Sullivan and Alexander L. Sullivan for breach of the Sullivans' unconditional guaranties of the defendant A&S's obligations under the revolving line of credit. The defendants move (Doc. 6) to stay this action in favor of a case pending in state court in Pinellas County, Florida. The defendants utterly fail to identify any "extraordinary circumstance" warranting abstention in this case. See Colorado River Conservation Dist. v. United States, 424 U.S. 800, 817 (1976); Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp., 460 U.S. 1, 4 (1989); Ambrosia Coal & Constr. Co. v. Morales, 368 F.3d 1320, 1328 (11th Cir. 2004) ("Federal courts have a virtually unflagging obligation to exercise the jurisdiction given them."). Accordingly, the motion (Doc. 6) to stay is **DENIED**. On or before **Friday, June 18, 2010**, the defendants shall respond to the complaint.

    ORDERED in Tampa, Florida, on June 4, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE